# Court of Appeals
# of the State of Georgia

ATLANTA,  November 04, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0113.  DANNY O. NEAL v. FEDERAL HOME LOAN MORTGAGE CORP.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling, Danny O. Neal filed a petition for a writ of certiorari in the superior court.  On September 27, 2016, the superior court issued an order declining to sanction Neal's petition.  Neal filed this application for discretionary review on October 5, 2016.  We lack jurisdiction.

Generally, an application for discretionary review must be filed within 30 days of entry of the order sought to be appealed.  See OCGA § 5-6-35 (d).  The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure.  See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter here is a dispossessory judgment.  Under OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999).  Neal's application for discretionary appeal is untimely, as it was filed eight days after the superior court's order was entered.  Accordingly, we lack jurisdiction to review this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* __11/04/2016__
 *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*